Redfield Brothers, Inc., Respondent, v. Charles A. Follett, etc., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion to dismiss for lack of prosecution granted, with ten dollars costs. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Bernard Sheridan and Marcella C. Sheridan, His Wife, Respondents, v. Patrick F. Sheridan and Others, Defendants, Impleaded with Margaret A. Brown, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Lizzie M. Blohm, as Administratrix, etc., of Rudolph D. Blohm, Deceased, Appellant, v. T. A. Gillespie Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Michael Crotty, Respondent, v. The Erie Railroad Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

Mary L. Darcey, Appellant, v. Dennis J. Darcey, Respondent. — The writing of October 4, 1906, being not payable on a day certain, and upon a contingency not inevitable, is invalid as a promissory note. The agreement that it represents, being one to release and surrender dower rights to the husband, is against public policy and the laws of the State. On both causes of action, the complaint as amended was insufficient. The order and judgment are affirmed, with costs. Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ., concurred.